## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GERALD WEBB,

        Petitioner,        Case Number: 04-CV-74579

v.        HON. JOHN CORBETT O'MEARA

ANDREW JACKSON,

        Respondent.
_____/

### JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated February 16, 2006, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Ann Arbor, Michigan this 16th day of February, 2006.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:   s/Denise Goodine

APPROVED:

s/John Corbett O'Meara
JOHN CORBETT O'MEARA
UNITED STATES DISTRICT JUDGE